**CIVIL PROCEEDINGS – U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**
**NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

JUDGE:   **ROBERT E. PAYNE**                                                                        DOCKET NO.:   **3:18-CV-406**
REPORTER:   **PEPPY PETERSON, OCR**                                               DATE:   **JANUARY 15, 2019**

Case Style:   <u>RENEE GALLOWAY et al v. BIG PICTURE LOANS, LLC et al</u>

Counsel for Plaintiff(s):   <u>E. MICHELLE DRAKE, LEONARD BENNETT, CASEY NASH, KRISTI KELLY</u>

Counsel for Big Picture Loans, LLC & Ascension Technologies, Inc.:   <u>DAVID ANTHONY, ANNA BRUTY, JAMES MOORE, JUSTIN GRAY</u>

Counsel for Matt Martorello:   <u>HUGH FAIN III, RICHARD SCHEFF</u>

Matter Comes on For:     (  ) BENCH TRIAL
                         (  ) MOTION HEARING
                         (✓) OTHER:  <u>DISCOVERY STATUS HEARING</u>

Appearances:   PARTIES              BY COUNSEL (✓) / WITH COUNSEL (  )         PRO SE (  )

Motions Before Trial:
    (  ) _____
    (  ) _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) (  )     DEFENDANTS (  )     COURT (  )

OPENING STATEMENTS MADE (  )                OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )      RESTED (  )      MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )      RESTED (  )      MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )           SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )            ARGUMENTS OF COUNSEL HEARD (  )

COURT FOUND IN FAVOR OF PLAINTIFF(S) (  )      MONTARY REWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____

CLERK TO ENTER JUDGMENT ON DECISION (  )      TRIAL EXIBITS RETURNED TO COUNSEL (  )

**ADDITIONAL NOTATIONS:**
<u>ARGUMENTS HEARD ON DISCOVERY AND ON MOTION TO STAY (ECF #54); PLAINTIFFS TO FILE STATEMENT OF POSITION IF ADDITIONAL DISCOVERY IS NEEDED OR AN EVIDENTIARY HEARING IS REQUIRED BY 01/21/19, RESPONSE BY 01/8/19, REPLY BY 02/01/19; OPINION TO ISSUE ON TRIBAL DEFENDANTS' MOTION TO STAY (ECF #54) – LARGELY MOOTED; PARTIES DIRECTED TO MEET IN JOINT CONFERENCE ROOM ON 7TH FLOOR (ROOM 7202) AT 9:00 AM ON 01/18/19</u>

CASE CONTINUED UNTIL _____ AT _____ FOR _____

SET:   **10:30 A.M.**       BEGAN:   **10:33 A.M.**       ENDED:   **5:13 P.M.**       TIME IN COURT:   **4:00 HRS.**
RECESSES:   **11:59 P.M. – 12:29 P.M.; 1:32 P.M. – 3:42 P.M.**