IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RENEE GALLOWAY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BIG PICTURE LOANS, LLC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:18-cv-406 (REP) |

## ORDER

Having considered Defendant's Consent Motion for Extension of Time for Defendant Matt Martorello to Respond to Plaintiffs' Motion for Leave to File an Amended Complaint or, in the Alternative, to Amend the Stipulated Protective Order (the "Motion for Extension"), and for good cause shown, and on the representation that the Plaintiffs consent to the requested extension of time, it is hereby ORDERED that the Motion for Extension of Time is GRANTED. Defendant Matt Martorello shall file his response to the Plaintiffs' Motion for Leave to File an Amended Complaint or, in the Alternative, to Amend the Stipulated Protective Order not later than April 12, 2019. Plaintiffs shall file their reply thereto not later than April 24, 2019.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Richmond, Virginia

Date: March 28, 2019

/s/ R.E.P.
Senior U. S. District Judge Robert E. Payne