IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                                     Civil Action No. 3:18cv406

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Before the Court is BIG PICTURE LOANS, LLC AND ASCENSION TECHNOLOGIES, LLC'S MOTION FOR STAY (ECF No. 54). Having reviewed the motion, supporting, opposing and reply memoranda, and considering that the plaintiffs have recently moved to file a proposed Second Amended Class Action Complaint, the Court finds that it is appropriate, but not for the reasons expressed in Big Picture Loans, LLC and Ascension Technologies, LLC's supporting memorandum (ECF No. 55), or to the extent therein requested, to stay this action until the issues presented by the motion to file a Second Amended Class Action Complaint are resolved. Accordingly, it is hereby ORDERED BIG PICTURE LOANS, LLC AND ASCENSION TECHNOLOGIES, LLC'S MOTION FOR STAY (ECF No. 54) is granted and further proceedings herein will be STAYED pending further Order of the Court; however, if, as of this date, the plaintiffs have arranged for discovery pertaining to defendants

other than Big Picture Loans, LLC and Ascension Technologies, LLC, they shall forthwith advise the Court of any pending discovery or discovery plans and the Court will consider whether those discovery plans, depositions, or events will be excepted from the reach of the stay.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 29, 2019