**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| RENEE GALLOWAY, *et al*., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:18-cv-406 (REP) |
| ) | |
| BIG PICTURE LOANS, LLC, *et al*., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, effective April 16, 2019, the contact information for Richard L. Scheff, Jonathan P. Boughrum and Michael C. Witsch, counsel admitted *pro hac vice* for Defendant Matt Martorello, has changed. Future correspondence should be addressed as follows:

Richard L. Scheff
Armstrong Teasdale, LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
rlscheff@armstrongteasdale.com
Office: (267)780-2000
Direct Dial: (267) 780-2010
Fax: (215) 405-9070

Jonathan P. Boughrum
Armstrong Teasdale, LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
jboughrum@armstrongteasdale.com
Office: (267)780-2000
Direct Dial: (267) 780-2012
Fax: (215) 405-9070

Michael C. Witsch
Armstrong Teasdale, LLP
2005 Market Street
29th Floor
One Commerce Square
Philadelphia, PA 19103
mwitsch@armstrongteasdale.com
Office: (267)780-2000
Direct Dial: (267) 780-2016
Fax: (215) 405-9070

Respectfully submitted,

MATT MARTORELLO

By: /s/ *John Michael Erbach*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)


Michael C. Witsch (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
Richard L. Scheff (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: mwitsch@armstrongteasdale.com
Email: jboughrum@ armstrongteasdale.com
Email: rscheff@ armstrongteasdale.com


Michelle Lynne Alamo (admitted *pro hac vice*)
Alec Paul Harris (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: 720.722.7189
Facsimile: 720.200.0679
Email: malamo@armstrongteasdale.com
Email: aharris@armstrongteasdale.com

*Counsel for Defendant Matt Martorello*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ John Michael Erbach*
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)