THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RENEE GALLOWAY,** *et al.***,**

        Plaintiffs,

    v.                                 Civil Action No. 3:18-cv-00406-REP

**BIG PICTURE LOANS, LLC,** *et al.***,**

        Defendants.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2019, I electronically filed *Tribal Defendants' Response to Plaintiffs' Response to March 29, 2019 Order Regarding Stay of Proceedings (ECF No. 203)* [Dkt. No. 211] with the Clerk of the Court using the CM/ECF System which then sent a notification of such filing (NEF) to the following:

| | |
|---|---|
| Leonard A. Bennett | Beth E. Terrell (admitted *pro hac vice*) |
| Elizabeth W. Hanes | Elizabeth A. Adams (admitted *pro hac vice*) |
| CONSUMER LITIGATION ASSOCIATES | Jennifer R. Murray (admitted *pro hac vice*) |
| 763 J. Clyde Morris Blvd., Suite 1A | TERRELL MARSHALL LAW GROUP PLLC |
| Newport News, VA 23601 | 936 North 34th St., Suite 300 |
| Telephone: 757-930-3660 | Seattle, WA 98103-6689 |
| Facsimile: 757-930-3662 | Telephone: 206-816-6603 |
| Email: lenbennett@clalegal.com | Facsimile: 206-319-5450 |
| Email: elizabeth@clalegal.com | Email: bterrell@terrellmarshall.com |
| *Counsel for Plaintiffs* | Email: eadams@terrellmarshall.com |
| | Email: jmurray@terrellmarshall.com |
| | *Counsel for Plaintiffs* |

Eleanor M. Drake (admitted *pro hac vice*)
John G. Albanese (admitted *pro hac vice*)
BERGER & MONTAGUE PC
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Telephone: 612-594-5999
Facsimile: 612-584-4470
Email: emdrake@bm.net
Email: jalbanese@bm.net
*Counsel for Plaintiffs*

Kristi Cahoon Kelly
Kelly & Crandall PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-9285
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*

David F. Herman (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
Richard L. Scheff (admitted *pro hac vice*)
ARMSTRONG TEASDALE
1500 Market Street
12th Floor, East Tower
Philadelphia. PA 19102
Telephone: 215-246.3479
Facsimile: 215-569.8228
Email: dherman@armstrongteasdale.com
Email: jboughrum@ armstrongteasdale.com
Email: rscheff@ armstrongteasdale.com
*Counsel for Matt Martorello*

Dated: April 17, 2019

**BIG PICTURE LOANS, LLC, ASCENSION TECHNOLOGIES, LLC**

By:/s/ Timothy J. St. George
Timothy J. St. George
Virginia State Bar No. 77349
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Defendants*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutmansanders.com
Email: david.anthony@troutmansanders.com