

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                             Civil Action No. 3:18cv406

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having considered PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO AMEND THE STIPULATED PROTECTIVE ORDER (ECF No. 185), the responses, and the reply thereto, and finding that the addition of new parties and claims at this time to this already complex case will not be in the interest of justice insofar as the existing parties are concerned, will cause prejudice to the existing defendants, and will cause significant delay in the already delayed progress of this case, it is hereby ORDERED that PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO AMEND THE STIPULATED PROTECTIVE ORDER (ECF No. 185) is denied.

If the plaintiffs elect to file a separate case or cases

involving the proposed new plaintiffs and defendants (or any of the current defendants in this case), the Court will consider the extent to which, if at all, the discovery in this case can be used in the new case or cases.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 10, 2019