# EXHIBIT AAA

### Rick Gerber

**From:** "Matt Martorello" <mattm@bellicosevi.com>
**To:** "Rick Gerber" <rickg@chippewavalleybank.com>
**Sent:** Thursday, September 05, 2013 10:42 AM
**Attach:** ATT00140.htm
**Subject:** RE: FDIC Meeting

Excellent news, thanks for making the trip!

From: Rick Gerber [mailto:rickg@chippewavalleybank.com]
Sent: Wednesday, September 4, 2013 5:57 PM
To: Matt Martorello
Subject: Re: FDIC Meeting

The FDIC delivered a different message to CVB today in that TLE's are not illegal and they will not be exercising any moral values only legal matters. All good news. They backed away from any intimidating stance in what CVB is doing completely. With that said, they stated they would give CVB some outline as to how we can transact business and feel somewhat comfortable. They did express concern with ACH processing and risks associated with it. I am not sure CVB's Board will allow us to do ACH clearing. I am confident we can continue with our present business.

Thanks

Sent from my iPhone

On Sep 4, 2013, at 5:40 PM, Matt Martorello <mattm@bellicosevi.com<mailto:mattm@bellicosevi.com>> wrote:
Hi Rick,

Looking forward to hearing how your meeting with the FDIC went today, and any resulting effect on Red Rock/Duck Creek bank accounts, potential for RCC processing, and maybe even stepping into the ACH business.

Regards,

Matt Martorello
Mobile: 773-209-7720
Email: mm@BellicoseVI.com<mailto:mm@BellicoseVI.com>
<image001.jpg>

**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**
**This email and any files transmitted with it are confidential and may contain privileged or copyrighted information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system.**

DEPOSITION EXHIBIT 16 12-17-18 LG

9/5/2013