# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| JOETTE PETE, | ) |
| Movant, | ) |
| v. | ) Civil Action No. 3:19-mc-26 (REP) |
| BIG PICTURE LOANS, et al., | ) |
| Respondents. | ) |
| LULA WILLIAMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:17-cv-461 (REP) |
| BIG PICTURE LOANS, LLC, et al., | ) |
| Defendants. | ) |
| RENEE GALLOWAY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:18-cv-406 (REP) |
| BIG PICTURE LOANS, LLC, et al., | ) |
| Defendants. | ) |

## MATT MARTORELLO'S MOTION UNDER RULE 30(d) FOR FURTHER DEPOSITION BASED ON CONDUCT THAT IMPEDED QUESTIONING AND FOR EXPEDITED RULING[1]

---

[1] Matt Martorello files this motion and memorandum in case numbers 3:19-mc-26, 3:17-cv-461, and 3:18-cv-406, because the deposition at issue was subject to a motion to quash in case number 3:19-mc-26, but the deposition was for discovery purposes in case numbers 3:17-cv-461 and 3:18-cv-406.

Matt Martorello ("Martorello"), by counsel and pursuant to Rule 30(d) of the Federal Rules of Civil Procedure, moves the Court to enter an order requiring Joette Pete to submit to a further deposition for the limited purpose of answering questions she refused to answer due to actions of Plaintiffs' counsel to impede the deposition. Martorello further requests that the Court order expedited briefing on this Motion as Pete's deposition relates to the evidentiary hearing scheduled for July 21 and 22, 2020, in *Williams et al. v. Big Picture Loans, LLC, et al.,* E.D. Va. Civil Action No. 3:17-cv-00461-REP and *Galloway et al. v. Big Picture Loans, LLC,* E.D. Va. Civil Action No. 3:18-cv-406-REP, and require Plaintiffs' counsel to pay the costs incurred by the filing of this Motion and the additional deposition to occur due to Plaintiffs' counsel improper interference with the completion of the first deposition. The basis for this motion and the precise relief requested is more fully explained in the supporting memorandum filed contemporaneously herewith.

Respectfully submitted,

MATT MARTORELLO

By: /s/ *John M. Erbach*
M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

Richard L. Scheff (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000

Facsimile: 215.405.9070
Email: rscheff@ armstrongteasdale.com

Michelle Lynne Alamo (admitted *pro hac vice*)
ARMSTRONG TEASDALE, LLP
4643 S. Ulster Street, Suite 800
Denver, CO 80237
Telephone: 720.722.7189
Facsimile: 720.200.0679
Email: malamo@armstrongteasdale.com

*Counsel for Defendant Matt Martorello*

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that on this 3rd day of June, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By:/s/ *John M. Erbach*
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100