**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| RENEE GALLOWAY, *et al.*,        ) | |
|        ) | |
| Plaintiffs,        ) | |
|        ) | |
| v.        ) | Civil Action No. 3:18-cv-406 (REP) |
|        ) | |
| BIG PICTURE LOANS, LLC, *et al.*,        ) | |
|        ) | |
| Defendants.        ) | |

## <u>MATT MARTORELLO'S CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT</u>

Matt Martorello ("Martorell"), by counsel, and with the consent of Plaintiffs, respectfully moves this Court for leave to exceed the page limit set forth at E.D. Va. Loc. R. 7(F)(3) for his Memorandum in Support of Matt Martorello's Renewed Motion to Dismiss. Specifically, Martorello seeks a total of forty-five (45) pages as opposed to the thirty (30) page limit provided by the Local Rules. This request is subject to a reciprocal extension of page limit for Plaintiffs. A proposed order is filed herewith. The basis for this motion is more fully set forth in the accompanying memorandum of law.

Dated: June 4, 2020             Respectfully submitted,

                             */s/ John M. Erbach*

                             Hugh M. Fain, III (VSB No 26494)
                             hfain@spottsfain.com
                             M.F. Connell Mullins, Jr. (VSB No. 47213)
                             cmullins@spottsfain.com
                             John M. Erbach (VSB No. 76695)
                             jerbach@spottsfain.com
                             SPOTTS FAIN PC
                             411 E Franklin Street
                             Suite 600
                             Richmond, VA 23219

Tel: (804) 697-2044
Fax: (804) 697-2144
jerbach@spottsfain.com

Richard Lawrence Scheff (*pro hac vice*)
Jonathan P. Boughrum (*pro hac vice*)
Michael C. Witsch (*pro hac vice*)
ARMSTRONG TEASDALE LLP
2005 Market Street, 29th Floor
One Commerce Square
Philadelphia, PA 19103
Tel: (267) 780-2012
Fax: (215) 405-9070
rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com
mwitsch@armstrongteasdale.com

Michelle L. Alamo (*pro hac vice*)
ARMSTRONG TEASDALE LLP
4643 S Ulster Street, Suite 800
Denver, CO 80237
Tel: (720) 722-7189
Fax: (720) 200-0679
malamo@armstrongteasdale.com

*Attorneys for Defendants MATT
MARTORELLO*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on this 4th day of June, 2020, the foregoing was filed using the Court's CM/ECF system, thereby serving a copy on all counsel of record electronically.

By: */s/ John M. Erbach*
John M. Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, VA 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)