**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **LULA WILLIAMS,** *et al.***,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **Civil Action No. 3:17-cv-461 (REP)** |
| | ) | |
| **BIG PICTURE LOANS, LLC,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

| | | |
|---|---|---|
| **RENEE GALLOWAY,** *et al.***,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **Civil Action No. 3:18-cv-406 (REP)** |
| | ) | |
| **BIG PICTURE LOANS, LLC,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**NOTICE OF FILING UNDER SEAL**

Plaintiff, by counsel, pursuant to Rule 5(C) of the Local Rules of the United States District Court for the Eastern District of Virginia, hereby informs the Defendants and any nonparties that they may submit memoranda in support of or in response to Plaintiff's Motion to Seal within seven days after the filing. Any person objecting to the motion must file an objection with the Clerk within seven days of the motion and if no objection is filed in a timely manner, the Court may treat the motion as uncontested.

Respectfully submitted,
**PLAINTIFFS**

By:_____*/s/ Kristi C. Kelly*_____
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq., VSB #82170

Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

                                           _____/s/_____

Kristi Cahoon Kelly (VSB# 72791)
KELLY GUZZO, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
*Counsel for Plaintiffs*