UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

          Plaintiffs,        Civil Action No. 3:17-cv-461 (REP)

BIG PICTURE LOANS, LLC, *et al.*,

          Defendants.

---

RENEE GALLOWAY, *et al.*,

          Plaintiffs,

v.                           Civil Action No. 3:18-cv-406 (REP)

BIG PICTURE LOANS, LLC, *et al.*,

          Defendants.

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to exceed the page limit set forth at Local Rule 7(F)(3) for Plaintiffs' Brief regarding the Court's Order of July 22, 2020 (Doc. 878), and for good cause shown, it is hereby ORDERED that the Motion (*Williams*, 3:17-cv-461, ECF No. 906; *Galloway I*, 3:18-cv-406, ECF No. 564) is GRANTED. Plaintiffs' Brief shall not exceed 38 pages.

It is so ORDERED.

                                                        /s/ REP
                                                    Robert E. Payne
                                                    Senior United States District Judge
                                                    August 7, 2020