IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:18cv406

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.

**ORDER**

Having considered the plaintiffs' MOTION TO SEAL (ECF No. 454) and the supporting memorandum (ECF No. 455), and the time for filing objections having expired and no timely objection having been filed, and the requirements of Local Civil Rule 5 and the decisions in Ashcraft, et al. v. Conoco, Inc., 218 F.3d 288 (4th Cir. 2000), In re Knight Publishing Co., 743 F.2d 231 (4th Cir. 1984) and Stone v. Univ. of Maryland, 855 F.2d 178 (4th Cir. 1988) having been met, it is hereby ORDERED that the plaintiffs' MOTION TO SEAL (ECF No. 454) is granted and the PLAINTIFFS' RESPONSE TO MATT MARTORELLO'S RENEWED MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(2) (ECF No. 457) and exhibit thereto (ECF No. 458)

are filed under seal; provided that appropriately redacted versions thereof are filed in the public record.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 3, 2020