IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **RENEE GALLOWAY, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>**v.** )<br>)<br>**BIG PICTURE LOANS, et al.,** )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | **Case No. 3:18-cv-406 (REP)** |

## NOTICE OF APPEARANCE

Please take notice that Jon Hollis of the law firm Woods Rogers PLC hereby enters his appearance as counsel of record for Defendant Matt Martorello in the above-referenced matter, and respectfully requests that all further pleadings, affidavits, discovery, motions and other filings in this matter be served upon him at the Richmond address below, or through CM/ECF, as appropriate.

Respectfully submitted,

MATT MARTORELLO

By: /s/ Jon Hollis

Jon Hollis (VSB No. 84908)
Woods Rogers PLC
901 East Byrd Street, Suite 1550
Richmond, Virginia 23219
Telephone: (804) 343-5020
Facsimile: (804) 343-5021
jhollis@woodsrogers.com

*Counsel for Defendant Matt Martorello*

W<small>OODS</small> R<small>OGERS</small> PLC
ATTORNEYS AT LAW

*{2757711-1, 122274-00001-05}*          1

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of September, 2020, a true and correct copy of the foregoing Notice of Appearance was served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case.

By: /s/ Jon Hollis

WOODS ROGERS PLC
ATTORNEYS AT LAW