IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, et al.,<br>　　　　Plaintiffs,<br>v.<br>BIG PICTURE LOANS, LLC, et al.,<br>　　　　Defendants. | Civil Action No. 3:17cv461 |
| RENEE GALLOWAY, et al.,<br>　　　　Plaintiffs,<br>v.<br>BIG PICTURE LOANS, LLC, et al.,<br>　　　　Defendants. | Civil Action No. 3:18cv406 |
| RENEE GALLOWAY, et al.,<br>　　　　Plaintiffs,<br>v.<br>JUSTIN MARTORELLO, et al.,<br>　　　　Defendants. | Civil Action No. 3:19cv314 |

## STATUS REPORT

Pursuant to the Court's Order dated July 15, 2025 (ECF No. 1567), counsel for the respective defendants in the above-referenced cases, jointly and respectfully submit the following status report on the respective bankruptcy proceedings and the appellate proceedings in the *Williams* case.

　　1.　　**Appellate Proceedings in the Williams Matter**. On July 16, 2025, the Fourth Circuit Court of Appeals affirmed the judgment. *Williams v. Martorello*, ___ F.4th ___, 2025 WL 1943836 (4th Cir. July 16, 2025). Mr. Martorello sought *en banc* review of the decision, but that

1

was denied. The mandate was issued on August 20, 2025. Counsel understand that Mr. Martorello intends to file a petition for a writ of certiorari.

2. **Mr. Martorello's Bankruptcy Proceeding**.  Mr. Martorello commenced a voluntary bankruptcy case under chapter 11 of the United States Bankruptcy Code on September 20, 2024. That case remains pending before Bankruptcy Judge Mullin in the United States Bankruptcy Court for the Northern District of Texas, and the automatic stay, 11 U.S.C. § 362(a), remains in effect to, *inter alia*, stay the commencement or continuation of any action against Mr. Martorello or his assets that are property of his bankruptcy estate.  At the present, several motions for substantive relief are pending before Judge Mullin:

- On January 14, 2025, the putative class plaintiffs in the *Galloway* matter along with putative class plaintiffs in cases in Oregon and Massachusetts filed a motion seeking to apply Bankruptcy Rule 7023 and certify a national class of consumer borrowers [Dkt. No. 113]. The motion is opposed but is not presently set for hearing.

- On June 20, 2025, Mr. Martorello filed a motion to convert his Chapter 11 case to a Chapter 7 case whereby a trustee would be appointed [Dkt No. 220]. The Plaintiffs have objected to Mr. Martorello converting his case and have moved instead to dismiss his bankruptcy case. An evidentiary hearing on the conversion motion and cross motion to dismiss is set for October 22.

- The Plaintiffs have notified Mr. Martorello that a prior document production appears to have included potentially privileged documentation, and on July 18, 2025, the Plaintiffs filed a motion for determination of privilege issues [Dkt. No. 227]. A two-day evidentiary hearing is scheduled for this motion on October 14 and 15.

- On July 24, 2025, the Virginia judgment class filed a motion for relief from the automatic stay to permit this Court to determine the amount of fees and costs to be awarded to the Virginia certified class in respect of their judgment [Dkt. No. 230]. The motion is currently set for hearing on October 22, 2025.

- On July 25, 2025, Dowin Coffy and certain other individuals commenced a lawsuit in this Court styled *Coffy et al v. Giordani et al.*, Civil Action No. 3:25-cv-00579 (the *Coffy* matter).  Mr. Martorello believes the commencement of the *Coffy* represents a violation of the automatic stay, 11 U.S.C. § 362(a) or, alternatively, should be otherwise enjoined under 11 U.S.C. § 105(a).  Accordingly, on August 26, 2025, Mr. Martorello filed a *Complaint for Declaratory and Injunctive Relief (i) Declaring that the Automatic Stay Applies to Certain Actions Against Non-*

> *Debtors or (ii) Preliminarily Enjoining Such Actions* together with an accompanying motion for preliminary injunctive relief staying the *Coffy* matter. This matter is now pending as a newly filed adversary proceeding before the Bankruptcy Court and is assigned Adv. No. 25-09029. A hearing on Mr. Martorello's request for preliminary injunctive relief is not presently scheduled, but is expected to be scheduled sometime in September 2025.

- On August 6, 2025, the consumer borrowers that have filed claims in Mr. Martorello's case (other than the Virginia consumer borrowers) filed a motion for partial summary judgment on Mr. Martorello's mistake of law and scienter objections to their proofs of claim [Dkt No. 249]. The motion is not presently set for hearing.

3.  **Mrs. Martorello's bankruptcy proceeding.** Rebecca Martorello is a named defendant in *Galloway v. Martorello*, Civil Action No. 3:19-cv-314. Rebecca Martorello commenced a voluntary bankruptcy case under chapter 7 of the United States Bankruptcy Code on November 13, 2024. That case remains pending before Bankruptcy Judge Mullin in the United States Bankruptcy Court for the Northern District of Texas, and the automatic stay, 11 U.S.C. § 362(a), remains in effect to, *inter alia*, stay the commencement or continuation of any action against Mrs. Martorello or her assets that are property of her bankruptcy estate. At the present, several motions for substantive relief are pending before Judge Mullin:

- On April 18, 2025, the putative class plaintiffs in the *Galloway* matter along with putative class plaintiffs in cases in Oregon and Massachusetts filed a motion seeking to apply Bankruptcy Rule 7023 and certify a national class of consumer borrowers [Dkt. No. 98]. The motion is opposed but is not presently set for hearing.

- On July 8, 2025, Mrs. Martorello filed a motion for declaratory relief [Dkt. No. 138] requesting declaratory relief regarding the validity of certain domestic and foreign trusts and regarding their status as irrevocable spendthrift trusts. The motion is set for preliminary hearing on September 11, 2025.

- On July 25, 2025, Dowin Coffy and certain other individuals commenced a lawsuit in this Court styled *Coffy et al v. Giordani et al.*, Civil Action No. 3:25-cv-00579 (the *Coffy* matter). Mrs. Martorello believes the commencement of the *Coffy* represents a violation of the automatic stay, 11 U.S.C. § 362(a) or, alternatively, should be otherwise enjoined under 11 U.S.C. § 105(a). Accordingly, on August 18, 2025 Mrs. Martorello filed a *Complaint for Declaratory and Injunctive Relief (i) Declaring that the Automatic Stay Applies*

3

> to Certain Actions Against Non-Debtors, (ii) Preliminarily Enjoining Such Actions and (iii) Granting a Temporary Restraining Order Pending a Final Hearing* together with an accompanying motion for preliminary injunctive relief staying the *Coffy* matter. This matter is now pending as a newly filed adversary proceeding before the Bankruptcy Court and is assigned Adv. No. 25-04098. A hearing on Mrs. Martorello's request for preliminary injunctive relief is currently scheduled for hearing on September 11, 2025, but is expected to be re-scheduled for late September 2025 to be heard at the same time as Mr. Martorello's request for similar relief.

4.  **Eventide's bankruptcy proceeding**. Eventide commenced a voluntary bankruptcy case under chapter 11 of the United States Bankruptcy Code on September 6, 2023. That case remains pending before Bankruptcy Judge Mullin in the United States Bankruptcy Court for the Northern District of Texas, and the automatic stay, 11 U.S.C. § 362(a), remains in effect to, *inter alia*, stay the commencement or continuation of any action against Eventide or assets that are property of its bankruptcy estate. The most recent material filings in that case are:

- On January 14, 2025, the putative class plaintiffs in the *Galloway* matter along with putative class plaintiffs in cases in Oregon and Massachusetts filed a motion seeking to apply Bankruptcy Rule 7023 and certify a national class of consumer borrowers [Dkt. No. 521]. The motion is opposed, and on August 4, 2025, Eventide filed a supplement objection to that motion [Dkt No. 843]. The motion is not presently set for hearing.

- On August 20, 2025, Eventide filed an amended objection to the proofs of claim filed by numerous consumer borrowers [Dkt. No. 865]. The objection to those claims is currently set for trial beginning November 3, 2025.

- On August 6, 2025, the Committee of Unsecured Creditors in Eventide's case filed a motion for the appointment of a chapter 11 trustee [Dkt No. 845]. The consumer borrower claimants have joined in the motion. The motion is set for hearing on September 10, 2025.

5.  **BWH's bankruptcy proceeding**. BWH commenced a voluntary bankruptcy case under chapter 11 of the United States Bankruptcy Code on October 9, 2023. That case remains pending before Bankruptcy Judge Mullin in the United States Bankruptcy Court for the Northern District of Texas, and the automatic stay, 11 U.S.C. § 362(a), remains in effect to, *inter alia*, stay

the commencement or continuation of any action against BWH or assets that are property of its bankruptcy estate. The most recent material filings in that case are:

- On January 14, 2025, the putative class plaintiffs in the *Galloway* matter along with putative class plaintiffs in cases in Oregon and Massachusetts filed a motion seeking to apply Bankruptcy Rule 7023 and certify a national class of consumer borrowers [Dkt. No. 521]. The motion is opposed but is not presently set for hearing.
- BWH filed an objection to the proofs of claim filed by numerous consumer borrowers. The objection to those claims is not currently set for trial, but BWH expects to set those claim objections for trial on November 3, 2025, to be tried in conjunction with the Eventide claim objections.
- On July 15, 2025, the consumer borrowers that have filed claims in the BWH case filed a renewed motion to dismiss the BWH case [Dkt. No. 820]. BWH has opposed that motion. The motion is scheduled to be heard on October 22, 2025.

6. **Justin Martorello's bankruptcy proceeding**. Justin Martorello entered a voluntary Chapter 7 bankruptcy on October 19, 2023. *See In Re Justin Martorello*, Case No. 23-34044 (S.D. Tex. Bankr.). He received an Order of Discharge from the bankruptcy court on January 17, 2024, and his case was closed on April 9, 2024. See Exhibits A and B. It is Justin Martorello's position he should be dismissed from *Galloway, et al. v. Martorello, et al.*, Civil Action No. 3:19cv314, with prejudice.

    Respectfully submitted,

    */s/ John David Taliaferro*
    John David Taliaferro (Va. Bar. 71502)
    LOEB & LOEB LLP
    901 New York Ave., NW
    Suite 300-E
    Washington, DC 20001
    Tel. (202) 618-5015
    Facsimile: (202) 318-0691
    jtaliaferro@loeb.com

    **Counsel for Matt Martorello in Galloway, et al v. Martorello, et al, Case No. 3:18-cv-406 and Eventide Credit Acquisitions and Justin**

**Martorello in Galloway, et al v. Martorello, et al, Case No. 3:19-cv-314**

Cullen D. Seltzer (VSB #35923)
Andrew Biondi (VSB #48100)
Laura Maughan (VSB #87798)
Sands Anderson PC
1111 E. Main St., Ste. 2400
Richmond, VA 23219
Phone: 804-648-1636
Fax: 804-783-7291
Email: cseltzer@sandsanderson.com
Email: abiondi@sandsanderson.com
Email: lmaughan@sandsanderson.com

**Counsel for Matt Martorello in Williams, et al, v. Big Picture Loans, LLC, et al, Case No. 3:17-cv-461**

William B. Jackson (VSB No. 84012)
Jackson Lewis P.C.
500 E. Main St., Suite 800
Norfolk, Virginia 23510
(757) 648-1445 Telephone
(757) 648-1418 Facsimile
billy.jackson@jacksonlewis.com

**Counsel for Rebecca Martorello in Galloway, et al v. Martorello, et al, Case No. 3:19-cv-314**

6

## CERTIFICATE OF SERVICE

I certify that on this 29th day of August 2025, a true and correct copy of the foregoing was served upon all parties that are registered to receive electronic service through the Court's ECF notice system in the above case.

*/s/ John David Taliaferro*
John David Taliaferro (Virginia Bar No. 71502)